

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:14 am, Jun 01, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LARRY J. THOMAS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-6 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF'S CPL. FORD, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 22. Petitioner Larry Thomas ("Thomas") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Thomas's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and **DENIES as moot** Respondent's Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Thomas *in forma pauperis* status

on appeal.

    **SO ORDERED**, this 28 day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)