AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JUN -2 AM 8:40
CLERK C. Robinson
SO. DIST. OF GA.

LARRY J. THOMAS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-CV-6

SHERIFF'S CPL. FORD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated May 28, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. The Court DISMISSES Thomas' Petition without prejudice and DENIES in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: June 1, 2020

Scott L. Poff
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03